Trudy A. Nowak
2001 E. Campbell Ave., Suite 201
Phoenix, AZ 85016

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 4:17-BK-06102-SHG |
| | § | |
| ALFONSO M RIVERA, JR. | § | |
| SONIA G YEPIZ RIVERA | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/31/2017. The undersigned trustee was appointed on 05/31/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $4,202.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $27.92 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $2,352.99 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | | |
   | Leaving a balance on hand of[1] | $1,821.09 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/21/2018 and the deadline for filing government claims was 06/21/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $462.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $462.25, for a total compensation of $462.25[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $39.38, for total expenses of $39.38.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/25/2019        By:  /s/ Trudy A. Nowak
                             Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 4:17-bk-06102-SHG    Doc 28    Filed 01/29/19    Entered 01/29/19 11:16:36    Desc
Page 2 of 14

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| Case No.: | 17-06102-SHG | | Trustee Name: | Trudy A. Nowak |
| Case Name: | RIVERA, JR., ALFONSO M AND YEPIZ RIVERA, SONIA G | | Date Filed (f) or Converted (c): | 05/31/2017 (f) |
| For the Period Ending: | 1/25/2019 | | §341(a) Meeting Date: | 07/11/2017 |
| | | | Claims Bar Date: | 06/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  2003 Chevy Tahoe Mileage: 143,000 | $3,579.00 | $0.00 | | $0.00 | FA |
| 2  1990 Buick LeSabre Miles: 106,000 purchase price $1,800.00 | $1,500.00 | $0.00 | | $0.00 | FA |
| 3  $25 Living Room Couch $50 Living Room Chair $25 Coffee and End Tables $175 Beds (3) $10 Bed Table (2) $100 Dressers (4) $20 Bedding $20 Book Shelves $100 Cabinets $5 Night Stands $5 Cooking Utensils $20 Stemware $40 DVDs $15 Wall Decor $275 TVs $50 Kitchen hutch $25 Mirrors $5 Other Small Appliances $40 Paintings, Art, Other $20 Patio Furniture $10 Pots and pans | $1,035.00 | $0.00 | | $0.00 | FA |
| 4  $250 Hearing Aid | $250.00 | $0.00 | | $0.00 | FA |
| 5  $300 Spouse $300 Debtor | $600.00 | $0.00 | | $0.00 | FA |
| 6  $50 1 set earrings $50 2 necklaces $40 4 rings all costume jewelry | $140.00 | $140.00 | | $0.00 | FA |
| 7  $100 Man's Wedding band $2000 1 3/4 Carot Engagement Ring | $2,100.00 | $0.00 | | $0.00 | FA |
| 8  $100 Dell Computer $25 Bicycle | $125.00 | $0.00 | | $0.00 | FA |
| 9  Checking Account Bank of America Acct#: 7187 | $779.89 | $179.89 | | $0.00 | FA |
| 10  Savings Account Bank of America Savings Acct#: 1110 | $3.00 | $3.00 | | $0.00 | FA |
| 11  Bank of America acct# 7889 Fixed Term CD Conservator account for Debtor's child Fabian Ruiz This is not part of the BK estate | $2,058.35 | $2,058.35 | | $0.00 | FA |
| 12  401(k) or Similar Plan Fidelity Investments American Tire Dists Retirement Plan | $3,027.66 | $0.00 | | $0.00 | FA |
| 13  401(k) or Similar Plan Paychex Thrush Law Group Retiremnt 401k | $1,329.15 | $0.00 | | $0.00 | FA |
| 14  Nathan Ruiz; Child Support Arrears | $2,076.22 | $0.00 | | $0.00 | FA |

| Case No.: | 17-06102-SHG | Trustee Name: | Trudy A. Nowak |
| Case Name: | RIVERA, JR., ALFONSO M AND YEPIZ RIVERA, SONIA G | Date Filed (f) or Converted (c): | 05/31/2017 (f) |
| For the Period Ending: | 1/25/2019 | §341(a) Meeting Date: | 07/11/2017 |
| | | Claims Bar Date: | 06/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. American Income Life Insurance Company-Sonia Poilcy #: 5632 Insured: Debtor Wife Beneficiaries: Children Effective Date Jan 8, 2017 Surrender Value $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 16. American Income Life Insurance Company Whole Life Policy # xxx7761 Insured: Debtor Wife Owner: Debtor Wife Beneficiaries: Debtor/husband Policy Date: Jan 24, 2013 Premium $44.67 per month Surrender Value: $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 17. American Income Life Insurance Whole Life Policy # xxx7760 Insured: Debtor Husband Owner: Debtor Husband Beneficiayr: Debtor/wife Policy Date: Jan 24, 2013 Premium: $74.42 per month Surrender Value: $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 18. Time Share: World Mark willing to turnover | Unknown | $0.00 | | $0.00 | FA |
| 19. 2017 tax refunds (u) | $0.00 | $2,000.00 | | $4,194.36 | FA |
| 20. Nonexempt wages (u) | $0.00 | $7.64 | | $7.64 | FA |

**TOTALS (Excluding unknown value)**

| | $18,603.27 | $4,388.88 | | $4,202.00 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
QR All assets administered moving toward claims review/TFR..dkw
QR Holding open Mr. Rivera tax refund, will follow up with IRS...dkw
QR Holding open 2017 tax refunds - Mr...dkw
QR Holding open Mr. Rivera tax returns/refunds.
QR Holding open 2017 tax returns/refunds

| Case No.: | 17-06102-SHG | | | Trustee Name: | Trudy A. Nowak |
| --- | --- | --- | --- | --- | --- |
| Case Name: | RIVERA, JR., ALFONSO M AND YEPIZ RIVERA, SONIA G | | | Date Filed (f) or Converted (c): | 05/31/2017 (f) |
| For the Period Ending: | 1/25/2019 | | | §341(a) Meeting Date: | 07/11/2017 |
| | | | | Claims Bar Date: | 06/21/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

CONCLUDED Claims:
3/21/18 Requested bar date..dkw
CBD set for 6/21/18
7/30/18 Filed objection claims 11 and 12 both unenforceable, response by 8/16/18...dkw
8/27/18 Orders sustaining objections...dkw
CONCLUDED 2017 tax returns/refunds:
10/23/2017 Electronically sent IRS turnover request via software...dkw
1/11/18 mailed tax return/refund reminder letter..dkw
3/19/18 Received federal tax refund for Mrs. Reviera, emailed debtor/attny requested copy of tax returns..dkw
3/22/18 Received copy of tax returns: refund $4202/refund $249 - Mrs.
4/21/18 Received copy of tax returns: $1716/owe $3 - Mr.
6/11/18 Emailed attny request follow up on tax refund..dkw
7/29/18 Mailed IRS turnover request..dkw
10/8/18 Mailed IRS turnover request..dkw
12/31/18 No response from debtor or IRS will proceed with filing TFR...dkw

Initial Projected Date Of Final Report (TFR):   12/31/2018   Current Projected Date Of Final Report (TFR):   12/31/2019   /s/ TRUDY A. NOWAK
                                                                                                                          TRUDY A. NOWAK

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit B

| Case No. | 17-06102-SHG | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|
| Case Name: | RIVERA, JR., ALFONSO M AND YEPIZ RIVERA, SONIA G | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8980 | Checking Acct #: | ******6102 |
| Co-Debtor Taxpayer ID #: | **-***8981 | Account Title: | |
| For Period Beginning: | 5/31/2017 | Blanket bond (per case limit): | $38,254,859.00 |
| For Period Ending: | 1/25/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/19/2018 | | UNITED STATES TREASURY | 2017 Federal tax refund - Mrs. | * | $4,202.00 | | $4,202.00 |
| | {19} | | Tax refund    $4,194.36 | 1224-000 | | | $4,202.00 |
| | {20} | | Wages    $7.64 | 1229-000 | | | $4,202.00 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $2.41 | $4,199.59 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.03 | $4,193.56 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.23 | $4,187.33 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.02 | $4,181.31 |
| 07/10/2018 | 3001 | SONIA YEPIZ RIVERA | Debtor(s)' portion of 2017 Federal tax refund, less estate's portion of state tax refund and nonexempt wages. | 8500-002 | | $2,352.99 | $1,828.32 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.52 | $1,823.80 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $0.43 | $1,823.37 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($0.43) | $1,823.80 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $31.91 | $1,791.89 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($31.91) | $1,823.80 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $2.71 | $1,821.09 |
| | | | | **SUBTOTALS** | $4,202.00 | $2,380.91 | |

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| Case No. | 17-06102-SHG | | Trustee Name: | Trudy A. Nowak |
| Case Name: | RIVERA, JR., ALFONSO M AND YEPIZ RIVERA, SONIA G | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8980 | | Checking Acct #: | ******6102 |
| Co-Debtor Taxpayer ID #: | **-***8981 | | Account Title: | |
| For Period Beginning: | 5/31/2017 | | Blanket bond (per case limit): | $38,254,859.00 |
| For Period Ending: | 1/25/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $4,202.00 | $2,380.91 | $1,821.09 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,202.00 | $2,380.91 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,202.00 | $2,380.91 | |

**For the period of 5/31/2017 to 1/25/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,202.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,202.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $27.92 |
| Total Non-Compensable Disbursements: | $2,352.99 |
| Total Comp/Non Comp Disbursements: | $2,380.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/19/2018 to 1/25/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,202.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,202.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $27.92 |
| Total Non-Compensable Disbursements: | $2,352.99 |
| Total Comp/Non Comp Disbursements: | $2,380.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3  Exhibit B

| Case No. | 17-06102-SHG | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|
| Case Name: | RIVERA, JR., ALFONSO M AND YEPIZ RIVERA, SONIA G | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***8980 | | Checking Acct #: | ******6102 |
| Co-Debtor Taxpayer ID #: | **-***8981 | | Account Title: | |
| For Period Beginning: | 5/31/2017 | | Blanket bond (per case limit): | $38,254,859.00 |
| For Period Ending: | 1/25/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $4,202.00 | $2,380.91 | $1,821.09 |

**For the period of 5/31/2017 to 1/25/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,202.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,202.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $27.92 |
| Total Non-Compensable Disbursements: | $2,352.99 |
| Total Comp/Non Comp Disbursements: | $2,380.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/31/2017 to 1/25/2019**

| | |
|---|---|
| Total Compensable Receipts: | $4,202.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,202.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $27.92 |
| Total Non-Compensable Disbursements: | $2,352.99 |
| Total Comp/Non Comp Disbursements: | $2,380.91 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ TRUDY A. NOWAK

TRUDY A. NOWAK

| Case No. | 17-06102-SHG | | | | | | | | Trustee Name: | Trudy A. Nowak |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | RIVERA, JR., ALFONSO M AND YEPIZ RIVERA, SONIA G | | | | | | | | Date: | 1/25/2019 |
| Claims Bar Date: | 06/21/2018 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | TRUDY A. NOWAK<br><br>2001 E. Campbell Ave., Suite 201<br>Phoenix AZ 85016 | Trustee Compensation | Allowed | 2100-000 | $462.25 | $0.00 | $0.00 | $0.00 | $462.25 |
| | TRUDY A. NOWAK<br><br>2001 E. Campbell Ave., Suite 201<br>Phoenix AZ 85016 | Trustee Expenses | Allowed | 2200-000 | $39.38 | $0.00 | $0.00 | $0.00 | $39.38 |
| 1 | UNITED AUTO CREDIT CORPORATION<br>c/o SEIDBERG LAW OFFICES, PC<br>PO BOX 7290<br>PHOENIX AZ 85011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $9,183.89 | $0.00 | $0.00 | $0.00 | $9,183.89 |
| 2 | HLS OF NEVADA LLC<br><br>NEVADA WEST FINANCIAL<br>PO BOX 64703<br>LAS VEGAS NV 89193 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $5,925.23 | $0.00 | $0.00 | $0.00 | $5,925.23 |
| 3 | AMERICA GUTIERREZ<br><br>c/o Jody A. Corrales<br>DeConcini McDonald Yetwin & Lacy, P.C.<br>2525 E. Broadway Blvd., #200<br>Tucson AZ 85716-5300 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $5,319.27 | $0.00 | $0.00 | $0.00 | $5,319.27 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk VA 23541 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $750.97 | $0.00 | $0.00 | $0.00 | $750.97 |
| 5 | MIDLAND FUNDING LLC<br><br>PO Box 2011<br>Warren MI 48090 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $578.61 | $0.00 | $0.00 | $0.00 | $578.61 |
| 6 | STUART-LIPPMAN & ASSOC<br><br>5447 E 5th St # 110<br>Tucson AZ 85711-2345 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $758.10 | $0.00 | $0.00 | $0.00 | $758.10 |

| Case No. | 17-06102-SHG | | | | | | | Trustee Name: Trudy A. Nowak |
|---|---|---|---|---|---|---|---|---|
| Case Name: | RIVERA, JR., ALFONSO M AND YEPIZ RIVERA, SONIA G | | | | | | | Date: 1/25/2019 |
| Claims Bar Date: | 06/21/2018 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 7 | CAPITAL ONE, N.A.<br><br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $698.55 | $0.00 | $0.00 | $0.00 | $698.55 |
| 8 | VERIZON<br><br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City OK 73124-8838 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,618.66 | $0.00 | $0.00 | $0.00 | $1,618.66 |
| 9 | DIRECTV, LLC<br><br>by American InfoSource LP as agent<br>PO Box 5008<br>Carol Stream IL 60197-5008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $220.08 | $0.00 | $0.00 | $0.00 | $220.08 |
| 10 | RESURGENT CAPITAL SERVICES<br><br>PO Box 10587<br>Greenville SC 29602 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,114.78 | $0.00 | $0.00 | $0.00 | $2,114.78 |
| 11 | RESURGENT CAPITAL SERVICES<br><br>PO Box 10587<br>Greenville SC 29602 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Last payment 05/03/1998 Unenforceable
Trustee Objection to Claim 7/30/2018 DE 19
Order Sustaining Objection 08/27/2018 DE 25

| 12 | RESURGENT CAPITAL SERVICES<br><br>PO Box 10587<br>Greenville SC 29602 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Last Payment 07/24/1998 Unenforceable
Trustee Objection to Claim 07/30/2018 DE 20
Order Sustaining Objection 08/27/2018 DE 26

| | | | | | $27,669.77 | $0.00 | $0.00 | $0.00 | $27,669.77 |

| | |
|---|---|
| **Case No.** 17-06102-SHG | **Trustee Name:** Trudy A. Nowak |
| **Case Name:** RIVERA, JR., ALFONSO M AND YEPIZ RIVERA, SONIA G | **Date:** 1/25/2019 |
| **Claims Bar Date:** 06/21/2018 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $27,826.47 | $27,168.14 | $0.00 | $0.00 | $0.00 | $27,168.14 |
| Trustee Compensation | $462.25 | $462.25 | $0.00 | $0.00 | $0.00 | $462.25 |
| Trustee Expenses | $39.38 | $39.38 | $0.00 | $0.00 | $0.00 | $39.38 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 4:17-BK-06102-SHG
Case Name: ALFONSO M RIVERA, JR.
SONIA G YEPIZ RIVERA
Trustee Name: Trudy A. Nowak

Balance on hand: $1,821.09

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $1,821.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trudy A. Nowak, Trustee Fees | $462.25 | $0.00 | $462.25 |
| Trudy A. Nowak, Trustee Expenses | $39.38 | $0.00 | $39.38 |

Total to be paid for chapter 7 administrative expenses: $501.63
Remaining balance: $1,319.46

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,319.46

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,319.46

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,168.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | UNITED AUTO CREDIT CORPORATION | $9,183.89 | $0.00 | $446.02 |
| 2 | HLS OF NEVADA LLC | $5,925.23 | $0.00 | $287.77 |
| 3 | America Gutierrez | $5,319.27 | $0.00 | $258.34 |
| 4 | Portfolio Recovery Associates, LLC | $750.97 | $0.00 | $36.47 |
| 5 | Midland Funding LLC | $578.61 | $0.00 | $28.10 |
| 6 | Stuart-Lippman & Assoc | $758.10 | $0.00 | $36.82 |
| 7 | CAPITAL ONE, N.A. | $698.55 | $0.00 | $33.93 |
| 8 | Verizon | $1,618.66 | $0.00 | $78.61 |
| 9 | Directv, LLC | $220.08 | $0.00 | $10.69 |
| 10 | Resurgent Capital Services | $2,114.78 | $0.00 | $102.71 |

Total to be paid to timely general unsecured claims: $1,319.46
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |